Steven A. Alpert, NV Bar # 8353
PRICE LAW GROUP, APC
5940 S Rainbow Blvd,
Las Vegas, NV 89118
T: (702) 794-2008
F: (866) 401-1457
alpert@pricelawgroup.com
*Attorneys for Plaintiff*
*Lindsay Perkins*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Lindsay Marie Perkins,<br><br>            Plaintiff,<br><br>v.<br><br>Credit One Bank, N.A. and Does 1-5,<br><br>            Defendants. | Case No.: **2:20-cv-01524-KJD-NJK**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff Lindsay Marie Perkins, by and through her undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Credit One Bank, N.A. and Does 1-5 without prejudice.

Respectfully submitted this 15th day of December 2020.

**PRICE LAW GROUP, APC**

By: */s/ Steven A. Alpert*
Steven A. Alpert, NV Bar # 8353
PRICE LAW GROUP, APC
5940 S Rainbow Blvd,
Las Vegas, NV 89118
T: (702) 794-2008
F: (866) 401-1457
alpert@pricelawgroup.com
*Attorneys for Plaintiff*
*Lindsay Marie Perkins*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Josefina Garcia*